# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re:     CHARLES E. GARDNER III           ) Case No. 18-10598-jps
          MYLING BONILLA                    ) Chapter 13 Proceedings
                    Debtor                           ) Judge Jessica E. Price Smith

## TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

LAUREN A. HELBLING, Chapter 13 Bankruptcy Trustee files notice that the claim described below has been paid in full.

### Claim Information

Creditor: US BANK NA

Proof of Claim number on Bankruptcy Court's Claims Register: 7

Last 4 digits of number used to identify Debtor's account:      0632

### Trustee Payment Information

Prepetition Mortgage Arrearage

     Amount stated on Proof of Claim:      $1,852.03

     Amount paid by Trustee:      $1,852.03

Ongoing Mortgage Payments

     ___ Paid by Trustee through the Chapter 13 Plan

         i.     Total paid to date by the Trustee:      $_____

         ii.     A mortgage payment was mailed by the Trustee on _____, in the amount of $_____ for the payment due _____.

         iii.     A closing letter will be sent to all parties indicating when the debtor(s) should begin making their mortgage payments directly to the mortgage company.

     _X_ Paid direct by the Debtor

Pursuant to Federal Bankruptcy Rule 3002.1(g), within 21 days of the service of this Notice, the creditor shall file and serve on the Debtor, Debtor's counsel and Trustee a statement (1) indicating whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim, and (2) whether the Debtor is otherwise current on all payments consistent with Section 1322(b)(5) of the Bankruptcy Code. The statement shall itemize the required cure and/or post-petition amounts, if any, that the creditor contends remain unpaid as of the date of the statement.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13trustee@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on February 17, 2022, a true and correct copy of this Notice of Final Cure Payment was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    KEITH L. BORDERS, Esq., on behalf of CHARLES E. GARDNER III & MYLING BONILLA, Debtor, at kblaw123@gmail.com

And by regular U.S. mail, postage prepaid, on:

    CHARLES E. GARDNER III & MYLING BONILLA, Debtor(s), at 12817 GARLAND AVENUE, GARFIELD HEIGHTS, OH 44125

    US BANK NA, at c/o RUSHMORE LOAN MANAGEMENT , P O BOX 55004, IRVINE, CA 92619-2708


    /S/ Lauren A. Helbling
    LAUREN A. HELBLING (#0038934)
    Chapter 13 Trustee
    200 Public Square, Suite 3860
    Cleveland OH 44114-2321
    Phone (216) 621-4268    Fax (216) 621-4806
    Ch13trustee@ch13cleve.com