| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Charles E. Gardner, III & Myling Bonilla |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Ohio |
| Case number | 1810598 |

## Official Form 410S1
# Notice of Mortgage Payment Change
12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank N.A.

**Court claim no.** (if known): 7

**Date of payment change:**
Must be at least 21 days after date of this notice: 02/01/2021

**New total payment:**
Principal, interest, and escrow, if any: $665.35

**Last 4 digits** of any number you use to identify the debtor's account: 3 4 6 7

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____    New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change:
   Payment change resulting from a discontinuance of Mortgage Insurance Premium.

   Current mortgage payment: $ 691.68    New mortgage payment: $ 665.35

Official Form 410S1    Notice of Mortgage Payment Change    page 1

18-10598-jps    Doc    FILED 01/26/21    ENTERED 01/26/21 11:18:05    Page 1 of 3

| Debtor 1 | Charles E. Gardner, III & Myling Bonilla | Case number (if known) | 1810598 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Jeremy Anthony
Signature

Date 01/26/2021

Print: Anthony, Jeremy
       First Name   Middle Name   Last Name

Title: VP Loan Documentation

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
         Number        Street
         1000 Blue Gentian Road
         Address 2
         Eagan                    MN        55121-7700
         City                     State     ZIP Code

Contact phone: 800-274-7025

Email: NoticeOfPaymentChangeInquiries@wellsfargo.com

Official Form 410S1    **Notice of Mortgage Payment Change**    page **2**

18-10598-jps    Doc    FILED 01/26/21    ENTERED 01/26/21 11:18:05    Page 2 of 3

# UNITED STATES BANKRUPTCY COURT

Northern District of Ohio

Chapter 13 No. 1810598
Judge: JESSICA E. PRICE SMITH

In re:

Charles E. Gardner, III & Myling Bonilla

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before January 27, 2021 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

**Debtor:**

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Charles E. Gardner, III & Myling Bonilla
12817 Garland Avnenue
Garfield Heights OH 44125

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx
N/A

**Debtor's Attorney:**

By Court's CM/ECF system registered email address
Keith L. Borders
3401 Enterprise Parkway Suite 340
Beachwood OH 44122

By Court's CM/ECF system registered email address
N/A

**Trustee:**

By Court's CM/ECF system registered email address
Lauren A. Helbling
200 Public Square Suite 3860
Cleveland OH 44114-2321

/s/Jeremy Anthony
VP Loan Documentation
Wells Fargo Bank, N.A.